ment. June 12, 1903.) In the matter of University Magazine Company. No opinion. Motion denied, with $10 costs.

VALENTINE et al., Respondents, v. VALENTINE, Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1903.) Action by Ethel E. Valentine and others against Benjamin E. Valentine. No opinion. Order affirmed, with $10 costs and disbursements.

VALENTINE et al., Respondents, v. VALENTINE, Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1903.) Action by Ethel E. Valentine and others against Benjamin E. Valentine. No opinion. Judgment affirmed, with costs.

VAN BEUREN v. LE BOUTILLIER. (Supreme Court, Appellate Division, First Department. June 5, 1903.) Action by Elizabeth S. Van Beuren against George Le Boutillier. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

VANDENBURGH, Appellant, v. GENERAL CHEMICAL CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 12, 1903.) Action by Henry L. Vandenburgh against the General Chemical Company. No opinion. Judgment affirmed, with costs.

VAN DYCK, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. May 8, 1903.) Action by James R. Van Dyck against the city of New York. R. T. Greene, for appellant. T. Connoly, for respondent. No opinion. Judgment and order affirmed, with costs.

In re VAN WYCK, Mayor. (Supreme Court, Appellate Division, Second Department. May 28, 1903.) In the matter of the petition of Robert A. Van Wyck, mayor, to acquire title to certain lands (parcel No. 30) on account of the New East River Bridge. No opinion. Application granted, upon condition that the guardian give additional security, to be approved by a justice of this court, in a sum double the amount of the fund which it is desired to withdraw from the custody of the city chamberlain.

VARLEY, Appellant, v. CITY OF BUFFALO, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 5, 1903.) Action by Edward Varley against the city of Buffalo. No opinion. Order affirmed, with costs.

VISGAR v. LATHROP. (Supreme Court, Appellate Division, Fourth Department. May 5, 1903.) Action by Elisha W. Visgar against Franklin H. Lathrop, as administrator, etc. Judgment for plaintiff, and defendant appeals. Judgment modified, and, as modified, affirmed. PER CURIAM. Judgment modified, by reducing the recovery to $1,836.74, and $238.28 costs, making in all a judgment for $2,075.02; and judgment further modified by providing that out of any amount realized by the receiver from the collection of the accounts of the firm or sale of its property shall be applied first to the payment of his fees, to be fixed by the court, and to the costs of this action, and that next such proceeds shall be applied to the payment of plaintiff's claim, and that any balance remaining shall be paid over to the defendant or his attorney; and, as so modified, the judgment is affirmed, without costs of this appeal to either party.

VOISIN v. THAMES & MERSEY MARINE INS. CO. (Supreme Court, Appellate Division, First Department. June 19, 1903.) Action by Stevens Voisin against the Thames & Mersey Marine Insurance Company. H. A. Vieu, for plaintiff. C. N. Bovee and W. Mynderse, for defendant. No opinion. Order affirmed, with $10 costs and disbursements.

VOUGHT, Respondent, v. EASTERN BUILDING & LOAN ASS'N OF SYRACUSE, Appellant. (Supreme Court, Appellate Division, Fourth Department, June 2, 1903.) Action by Nellie A. G. Vought against the Eastern Building & Loan Association of Syracuse. No opinion. Judgment and order affirmed, with costs.

WALDSTEIN et al., Appellants, v. ROSENFELD, Respondent. (Supreme Court, Appellate Division, First Department. May 8, 1903.) Action by Martin E. Waldstein and others against Alfred S. Rosenfeld. E. J. Myers, for appellants. I. L. Bamberger, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

WALLACE, Appellant, v. JONES et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 19, 1903.) Action by George Wallace against William H. Jones and others. No opinion. Motion denied.

WALTER et al., Respondents, v. FARBER et al., Appellants. (Supreme Court, Appellate Division, First Department. June 5, 1903.) Action by William I. Walter and others against Henry J. Farber and others. C. G. Battle, for appellants. G. Putzel, for respondents. No opinion. Judgment affirmed, with costs.

WARREN, Appellant, v. STRATTON et al., Respondents. (Supreme Court, Appellate Divi-